**Order entered January 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00475-CR

**EULALIO BRAVO MEZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00492-W**

## ORDER

Appellant's brief was due September 27, 2019. When it was not filed, we notified appellant by postcard dated October 1, 2019 and directed him to file a brief and a motion to extend time to file the same. To date, no brief or motion has been filed, nor have we had any communication from appellant counsel.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d

708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office, Appellate Division.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE